Change of Address

Client's Name:   Christian Carter

Case #:   18-82379          Chapter 13

New Address:   1205 5th Avenue SW #A-3
                Decatur AL 35601

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading upon Michele T. Hatcher, Chapter 13 Trustee, by depositing a copy of the same in the United States mail properly addressed and first class postage prepaid on this  18th  day of  June , 2019.

    /s/ Kathryn V. Davis
    OF COUNSEL